**In The Matter of NEW YORK, SUSQUE-
HANNA & WESTERN RAILROAD COM-
PANY, Edith A. Merritt, Appellant.**

No. 10647.

United States Court of Appeals
Third Circuit.

Argued Feb. 18, 1952.

Decided Feb. 23, 1952.

Rehearing Denied March 18, 1952.

Edith A. Merritt, pro se.

J. Harlin O'Connell, New York City
(McLaughlin & Stern, New York City, Leo
V. McLaughlin, New York City, on the
brief), for Protective Committee for Hold-
ers of Debtor's First Mortgage Refunding
Bonds.

Coleman Burke, New York City (Burke
& Burke, New York City, McCarter, Eng-
lish & Studer and Nicholas Conover Eng-
lish, all of Newark, N. J., on the brief), for
Protective Committee for Holders of Debt-
or's General Mortgage Bonds.

Raymond A. Coleman, Jersey City, N. J.
(Anderson, Rugge & Coleman, Jersey City,
N. J., on the brief), for Commercial Trust
Co. of New Jersey as Successor Trustee
under Debtor's First Refunding Mortgage.

Edwards S. Sanford, Newark, N. J.
(Harrison & Roche & Darby, Newark, N.
J., on the brief), for National State Bank
of Newark, N. J., as Successor Trustee un-
der Debtor's Second Mortgage.

Edward F. Clark, Jr., New York City
(Carter, Ledyard & Milburn, New York
City, on the brief), for United States Trust
Co. of New York, as Trustee under Debt-
or's Terminal First Mortgage.

R. M. D. Richardson, New York City
(Root, Ballantine, Harlan, Bushby & Palm-
er, New York City, on the brief), for New
York Life Ins. Co.

Ralph E. Lum, Newark, N. J. (Lum,
Fairlie & Foster, Newark, N. J., on the
brief), for Debtor's Trustee.

Frank H. Heiss, New York City (Kelley,
Drye, Newhall & Maginnes, New York
City, on the brief), for Hanover Bank, as
Trustee under First Mortgage of Midland
R. Co. of New Jersey and First Mortgage
of Paterson Extension R. Co.

Arthur Frank, New York City (Frank &
Gonnet, New York City, on the brief), for
Group of Holders of Bonds of Paterson
Extension R. Co.

Richard Swan Buell, New York City
(McLanahan, Merritt & Ingraham, New
York City, on the brief), for Bankers
Trust Co. as Successor Trustee under First
Mortgage of Wilkes-Barre & Eastern R.
Co.

Irving E. Meller, New York City, on the
brief, for Sutro Bros. & Co.

Before KALODNER and HASTIE, Cir-
cuit Judges, and HARTSHORNE, District
Judge.

PER CURIAM.

This appeal is from the Order of the
District Court, 103 F.Supp. 981, approving
the plan of reorganization in proceedings
for the reorganization of the New York,
Susquehanna and Western Railroad Compa-
ny under Section 77 of the Bankruptcy Act
as amended.[1]

The primary issue presented is whether
the plan of reorganization is fair and equit-
able, particularly with respect to the debt-
or's general mortgage bondholders. It may
be noted, parenthetically, that the appellant
is the sole objector to the plan of reorgan-
ization on this appeal.[2]

The appellant's objections to the reorgan-
ization plan were considered by the Inter-
state Commerce Commission on three oc-
casions and by the District Court and were
held in each instance to be without merit.

On October 24, 1951, subsequent to the
entry of the Order of the District Court

---

1. U.S.C.A. § 205.

2. The plan is supported by the Protective
Committee for Holders of the Debtor's
General Mortgage Bonds; the Group of
Holders of the Debtor's General Mort-
gage Bonds; and the New York Trust
Company, Successor Trustee under the
Debtor's General Mortgage.

on July 12, 1951, approving the plan of reorganization, the Interstate Commerce Commission submitted the plan to creditors for acceptance or rejection. The Commission on January 4, 1952, certified to the District Court the results of the balloting. Its certificate reveals that the plan was accepted by at least 96 per cent of each class of creditors to which it was submitted. In two of the classes all the creditors voting accepted the plan.[3]

We have given due consideration to the record and the contentions of the appellant, and have arrived at the conclusion that the latter are without substance. We need add nothing to what has been so well stated by Judge Smith in his analysis of the plan of reorganization and his Order approving it.

The Order of the District Court will be affirmed.

3. The results of the balloting appear in the following table:

| | Prin. amt. outstanding Oct. 24, 1951 | Principal amount Accept | Reject | Percent Accept | Reject |
|---|---|---|---|---|---|
| Terminal bonds | $2,000,000 | $1,041,000 | — | 100.00 | — |
| Midland bonds | 3,489,000 | 2,016,500 | $75,000 | 96.41 | 3.59 |
| First Refunding bonds | 3,744,000 | 2,471,000 | 88,000 | 96.56 | 3.44 |
| Second Mortgage bonds | 448,000 | 26,000 | 1,000 | 96.30 | 3.70 |
| General Mortgage bonds | 2,551,000 | 545,000 | 3,000 | 99.45 | .55 |
| Paterson Extension bonds | 200,000 | 27,000 | — | 100.00 | — |
| Unsecured claims | 2,888,258 | 604,511 | 13,508 | 97.81 | 2.19 |